**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Marko BUKUMIROVIC, Defendant–
Appellant.**

**No. 15–7027.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 24, 2015.

Decided: Dec. 7, 2015.

Marko Bukumirovic, Appellant Pro Se. Michael Phillip Ben'Ary, Mary Katherine Barr Daly, Assistant United States Attorneys, Alexandria, Virginia, for Appellee.

Before NIEMEYER and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marko Bukumirovic appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction pursuant to Sentencing Guidelines Amendment 782. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *See United States v. Bukumirovic*, No. 1:13–cr–00291–LMB–1 (E.D.Va. June 22, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*